**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Heather SPIELER, Defendant—**
**Appellant.**

**No. 98–10436.**

**D.C. No. CR–97–00178–8–DFL.**

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 10, 2001.*

Decided Sept. 19, 2001.

Before HUG, PREGERSON, and WARDLAW, Circuit Judges.

MEMORANDUM **

Heather Spieler appeals the sentence imposed following her guilty plea to one count of conspiracy to use, possess, and traffic in counterfeit and unauthorized access devices, in violation of 18 U.S.C. § 1029(b)(2). Spieler's attorney has filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), and a motion to withdraw on the ground that counsel was unable to find any issue that could in good faith be presented on appeal. Our independent review of the record pursuant to *Penson v. Ohio*, 488

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.

U.S. 75, 83–84, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), reveals no arguable issues. Counsel's motion to withdraw is GRANTED and the district court's judgment is

AFFIRMED.

---

* The panel unanimously finds this case suitable for decision without oral argument.  *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.